**Electronically Filed
Supreme Court
SCWC-16-0000441
20-DEC-2018
12:15 PM**

SCWC-16-0000441

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE INTEREST OF R CHILDREN

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000441; FC-S NO. 14-00025)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Father-Appellant's application for writ of certiorari, filed on October 29, 2018, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, December 20, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

